IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNIE STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV381 |
| | ) | |
| V. | ) | |
| | ) | |
| POPEYE'S CHICKEN, EON PROPERTIES, LLC, NIKHIL MEHTA, and JOHN DOE 1 AND 2 INCLUSIVE, | ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 2).  After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 2) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED October 20, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**