## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNIE STEWART,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>POPEYE'S CHICKEN, EON PROPERTIES, LLC, NIKHIL MEHTA, AND JOHN DOE 1 AND 2 INCLUSIVE,<br><br>　　　　　　Defendants. | 8:15CV381<br><br>ORDER OF DISMISSAL |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 12) recommending that this case be dismissed for failure to prosecute. No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 12) are adopted in their entirety; and

2. The above-captioned case is dismissed without prejudice.

Dated this 1st day of August, 2016.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge