IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNIE STEWART, Individually, | ) | CASE NO. 8:15CV381 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| POPEYE'S CHICKEN, EON PROPERTIES, LLC, NIKHIL MEHTA, and JOHN DOE 1 and 2, Inclusive, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANNIE STEWART, Individually, | ) | CASE NO. 8:16CV484 |
| | ) | |
| Plaintiff, | ) | |
| | ) | REASSIGNMENT |
| v. | ) | ORDER |
| | ) | |
| POPEYE'S CHICKEN, EON PROPERTIES, LLC, NIKHIL MEHTA, and JOHN DOE 1 and 2, Inclusive, | ) ) ) ) | |
| Defendants. | ) | |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(C)(iii). Accordingly, Case No. 8:16CV484 is reassigned to the undersigned for disposition and to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters. Plaintiff's attorney is advised to refer to NEGenR 1.4(a)(4)(A) when opening a new case on ECF.

IT IS SO ORDERED.

DATED this 27th day of October, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge